**Dismiss and Opinion Filed April 22, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00435-CV

### IN RE JOE TRAMPAS BENAVIDES, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-9921709**

# MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang, and Justice Brown
Opinion by Justice Lang

Relator brings this petition for writ of mandamus seeking to specifically enforce his plea agreement as he understands it. We have repeatedly ruled that we lack jurisdiction to consider relator's arguments. *See In re Benavides*, No. 05-16-00364-CV, 2016 WL 1321151, at *1 (Tex. App.—Dallas Apr. 5, 2016, orig. proceeding) (mem. op.); *In re Benavides*, No. 05-15-01250-CV, 2015 WL 6119478, at *1 (Tex. App.—Dallas Oct. 16, 2015, orig. proceeding) (mem. op.); *In re Benavides*, No. 05-15-00341-CV, 2015 WL 1346144, at *1 (Tex. App.—Dallas Mar. 25, 2015, orig. proceeding) (mem. op.). We need not revisit his arguments here. We dismiss the petition for want of jurisdiction.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

160435F.P05